*The Court notes plaintiff's objection, however the extension was already granted.*

/Signed by Judge Lois Bloom/

2/25/10

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ FEB 22 2010 ★
BROOKLYN OFFICE

Christopher Gordon 09-R-3937
Watertown Correctional Facility
P.O. Box 168
Watertown, New York. 13601

February 17, 2010.

To: The Pro-Se office
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, N.Y. 11201

Re: Index No. 09-CV-3908 (CBA)(LB)    #40

Dear Judge:

I am the plaintiff in the above entitled claim, I write to respectfully ask the Court to examine the following issues that I would further explain. Firstly I am kindly asking the Court to please excuse the late notification herein which arised by the receipt of Defendants application for extention dated February 10, 2010, only on February 15th via the facility's mail room service. The matters of Contention are in regards to the misleading information being submitted to the Court, defendant's misconception of relevant dates, and also disregards to their obligations in following the Court orders. In regards to Defendant's claim of the original date for their reply and service of papers as Friday February 5, 2010, is stated in error, also that Judge Bloom granted that request which they also alleged to be their such first request for extention is also misleading and untruth. Defendant served plaintiff with motion to dismiss first Amended Complaint dated December 21, 2009, and demanded a reply on

and or by January 4, 2010. Futhermore due to the extremely short period of time that was allowed by the Defendants to plaintiff for a responce to their motion for dismissal of first Amended Complaint. Wherein a letter of application for extention of time to respond to dismissal motion was granted to plaintiff untill January 29, 2010 by U.S.M.J. Louis Bloom, and also an order was made for the Defendant's to serve their reply and file the fully briefed motion electronically by 2·12·10. Ordered on 1·11·10 as seen on document #23 also on document #25 indicates that 1·11·10 order already extended defendant's time to file a reply to 2·12·10. Moreover this application for an extention of time by the court on the Defendant's behalf dated February 10, 2010 was not the first such request, there was another prior request made on October 8, 2009, which was granted, then another on November 13, 2009 also granted, which shows misleading information being presented before the Court by the Defendants. Not only did the Defendants show disregards for the court's order they also violated the Rules of 6(e) of the Federal Rules of Civil Procedure, and are deemed to be in default judgement. Plaintiff kindly request that this matter be resolved in a fear and just manner. In so doing I also object to Defendant's request in this instant complaint.

Thankyou in advance for your assistance and help you may expend on my behalf in the relevant situation, also thank you for your time and patience in reading this letter.

I remain yours very truly,

Respectfully Submitted
Christopher Gordon

US POSTAGE
$0.440
uspo.com

WATERTOWN CORRECTIONAL FACILITY
P.O. BOX 168
WATERTOWN, NEW YORK 13601-0168
NAME: Gordon Christopher DIN: 09R3937

To: The Pro-Se office
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, N.Y. 11201

Legal Mail.