Case 1:09-cv-03908-CBA-LB   Document 63   Filed 09/28/11   Page 1 of 1 PageID #: 462

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ SEP 28 2011 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
CHRISTOPHER GORDON,

                         Plaintiff,

  -against-

CAPTAIN R. JOHNSON, OFFICER BAYLOR,
OFFICER ARROYO, CLINICIAN OKECHUKWU
IGWE, DOCTOR JAMES TAFT,

                        Defendants.
-------------------------------------------------------------------X

JUDGMENT
09-CV- 3908 (CBA)

A Memorandum and Order of Honorable Carol Bagley Amon, United States District Judge, having been filed on September 26, 2011, granting the Defendants' motion to dismiss the complaint; and directing the Clerk of Court to enter judgment accordingly; it is

ORDERED and ADJUDGED that the Plaintiff take nothing of the Defendants; that judgment is hereby entered granting the Defendants' motion to dismiss the complaint.

Dated: Brooklyn, New York
       September 27, 2011

                                                 s/ RCH
                                        ROBERT C. HEINEMANN
                                        Clerk of Court